## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  SA CV 14-1824-WDK (PLAx)                                      Date September 24, 2015

Title:   J & J Sports Productions, Inc. v. Dante Encarnacion

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        (ORDER TO SHOW CAUSE)

By Order dated March 30, 2015, the parties were advised that a mediation must be concluded no later than December 30, 2015. On May 11, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, September 18, 2015, at 2:00 p.m. The ADR Program Director filed a Mediation Report on September 18, 2015, indicating that neither defendant nor defendant's counsel appeared at the scheduled mediation. Accordingly, **defendant and defendant's counsel are ordered to show cause, no later than October 1, 2015, why monetary sanctions should not be imposed for failure to comply with this Court's March 30, 2015, Order**.

cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

Initials of Deputy Clerk   ch