UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.  SA CV 14-1824-WDK (PLAx)          Date: **October 28, 2015**

Title:   J & J Sports Productions, Inc. v. Dante Encarnacion

------

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**        **(ORDER TO SHOW CAUSE)**

By Order dated March 30, 2015, the parties were advised that a mediation must be concluded no later than December 30, 2015.  On May 11, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, September 18, 2015, at 2:00 p.m.  A Mediation Report was filed on September 18, 2015, by the ADR Director, indicating that neither defendant nor defendant's representative appeared at the scheduled mediation.  Accordingly, on September 24, 2015, defendant and defendant's counsel were ordered to show cause, no later than October 1, 2015, why monetary sanctions should not be imposed for failure to comply with this Court's March 30, 2015, Order.  To date, neither defendant nor defendant's counsel has responded to the order to show cause in any manner.  In these circumstances, the Court finds that monetary sanctions are warranted.

Accordingly, **no later than November 6, 2015, defendant and defense counsel, jointly and severally, shall pay to the Clerk of the Court the sum of $200.00** as a sanction for failing to comply with this Court's March 30, 2015, Order by not appearing for the scheduled mediation.


cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

Initials of Deputy Clerk   ch