JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br> Plaintiff, <br> v. <br> **DANTE ENCARNACION**, <br> Defendant. | Case No.   SA CV 14-01824 WDK-PLA <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Dante Encarnacion, individually and doing business as Manila Billiards, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Dante Encarnacion, individually and doing business as Manila Billiards, shall pay the plaintiff, J & J Sports Productions, Inc., $4,400.00 in total damages.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendant or the pro se defendant in this matter.

1
2
3   Dated: October 17, 2016
4                                            _____
5                                           William Keller
6                                           United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28